## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) CASE NO. 1:24-CR-31 (LAG) |
| DUN TERRIUS BRADFORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

This case has been scheduled for trial which will begin on **October 28, 2024 at 9:00 a.m. in Albany, Georgia**. (The pretrial conference in this case will be held on **October 24, 2024 at 2:00 p.m. in Albany.**) The parties are on notice that the Court has scheduled multiple trials to begin on October 28, 2024. The parties should be prepared to proceed to trial on that date. In the event that the Court has a scheduling conflict, the dates for the pretrial conference and trial will be rescheduled to an alternative date.

    **SO ORDERED**, this 21st day of October, 2024.

                                                      s/Leslie A. Gardner
                                                      LESLIE A. GARDNER, CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT